No. 04–7560. CAMERON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–7561. CRAIG *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 04–7563. MILLER *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 04–7566. BIBBS *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 04–7571. BYRD *v.* EAGLES ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7572. CARDWELL *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 04–7573. BURRELL *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–7574. STEINBERGIN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 04–7576. SMITH *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 04–7577. ABDUL-MALIK *v.* DEPARTMENT OF HOMELAND SECURITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7579. STILLS *v.* CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7580. GERBER *v.* CAMP HOPE CHILDREN'S BIBLE FELLOWSHIP OF NEW YORK, INC. C. A. 2d Cir. Certiorari denied.

No. 04–7582. EDWARDS *v.* JAMROG, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–7584. POTTS *v.* ROSE, WARDEN. Sup. Ct. Ohio. Certiorari denied.